

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00279-CV

Maryvel **SUDAY**,
Appellant

v.

Ana **SMITH**,
Appellee

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3644CCL
Honorable Stephen B. Ables, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs are assessed against appellant. *See* TEX. R. APP. P. 43.4.

SIGNED March 16, 2022.

_____
Lori I. Valenzuela, Justice